# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOLFO LUGO,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No.: 1:18-cv-0807 - JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED JANUARY 4, 2019 |

On January 2, 2019, the Court ordered Defendant to show cause why sanctions should not be imposed for failure to comply with the Courts order to serve a letter brief. (Doc. 14) In the alternative, Defendant was directed to serve a response to Plaintiff's letter brief and file proof of service. (*Id.* at 2) The same day, Defendant responded to the Court's order, and filed a proof of service indicating the letter brief was served on December 21, 2018. (Doc. 15 at 1-2)

Accordingly, the Court **ORDERS**: the Order to Show Cause dated January 2, 2019 (Doc. 14) is **DISCHARGED**.

IT IS SO ORDERED.

Dated: __**January 4, 2019**__         __**/s/ Jennifer L. Thurston**__
                                                                       UNITED STATES MAGISTRATE JUDGE