# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOLFO LUGO,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:18-cv-807 - JLT<br><br>ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>(Doc. 23) |

Adolfo Lugo and Andrew Saul, Commissioner of Social Security, stipulated for the award and payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 23)

Subject to the terms of the stipulation, the Court **ORDERS** fees in the total amount of $6,880.00 are **AWARDED** to Plaintiff Adolfo Lugo.

IT IS SO ORDERED.

Dated: __November 20, 2019__        __/s/ Jennifer L. Thurston__
                                                                        UNITED STATES MAGISTRATE JUDGE